UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK VELIZ, #485832,

       Plaintiff,

                                CASE NO. 05-CV-71038-DT
v.                               HONORABLE PATRICK J. DUGGAN

DANIEL P. HILF,

       Defendant.
_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on July 25, 2005.

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
                      U.S. DISTRICT COURT JUDGE

In an Opinion and Order dated April 6, 2005, this Court dismissed Plaintiff's civil rights complaint filed pursuant to 42 U.S.C. § 1983. On July 14, 2005, Plaintiff filed a letter asking this Court to reconsider its April 6, 2005 Opinion and Order.

Motions for reconsideration are governed by Eastern District of Michigan Local Rule 7.1(g), which provides in pertinent part: "**(1) Time.** A motion for rehearing or reconsideration must be filed within 10 days after the entry of the judgment or order." L.R. 7.1(g)(1). In this case, the Judgment was entered on April 8, 2005. Therefore, Plaintiff's Motion for Reconsideration is approximately three months late.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED.**

                                                                 s/PATRICK J. DUGGAN
                                                                 UNITED STATES DISTRICT JUDGE

Copy to:

Frank Veliz, #485832
Muskegon Correctional Facility
2400 S. Sheridan Road
Muskegon, MI 49442-0298